| | | |
|---|---|---|
| 20406 | William H.K. v. Broderick | Affirmed |

### April 24, 1998

| | | |
|---|---|---|
| 20399 | Pearce v. Bohne | Affirmed |
| 20391 | Ross v. Prosecuting Attorney of the City and County of Honolulu | Affirmed |

### April 27, 1998

| | | |
|---|---|---|
| 20459 | Meadows v. Foodland Supermarket, Ltd. | Affirmed |
| 20009 | Pelekai v. State | Vacated |
| 20192 | Smith v. County of Maui | Affirmed |
| 19993 | State v. Amor | Vacated |
| 19870 | State v. Collier | Affirmed |
| 20394 | State v. Peters | Affirmed |
| 20326 | State v. Sampaio | Affirmed |
| 19955 | State v. Tanoa | Affirmed |

### April 28, 1998

| | | |
|---|---|---|
| 20313 | Gregor v. Rodman | Affirmed |
| 19786 | Island Ins. Co., Ltd. v. National Council of Compensation Ins., Inc. | Dismissed |
| 20022 | Kauai Professional Group III, Ltd. v. Ferry | Affirmed |
| 20309 | Kauai Professional Group III, Ltd. v. Ferry | Affirmed |
| 19841 | Longfield v. Board of Land and Natural Resources | Affirmed |
| 20494 | Rapp v. AIG Hawai'i Ins. Co. Inc. | Affirmed and Reversed |
| 20537 | State v. Hara | Affirmed |
| 19908 | State v. Jones | Affirmed |
| 20655 | State v. Salvador | Affirmed |

### April 29, 1998

| | | |
|---|---|---|
| 20260 | Aloha Motorcycle U–Drive, Inc. v. Insurance Com'r | Affirmed |
| 20524 | County of Maui, Dept. of Management v. Hao | Affirmed |
| 20995 | Doe, In Interest of | Affirmed |

### April 30, 1998

| | | |
|---|---|---|
| 20758 | Sentinel Ins. Co. v. Lam | Remanded |

### May 6, 1998

| | | |
|---|---|---|
| 20388 | Cervantes v. Sutter Health Pacific | Vacated in part |

### May 11, 1998

| | | |
|---|---|---|
| 20389 | Briggs v. Department of Housing and Community Development of the City and County of Honolulu | Affirmed |
| 19950 | Hanakeawe v. Leho Management Co., Inc. | Affirmed |
| 20369 | Smith v. County of Maui | Affirmed |